■ COUNTY OF WESTCHESTER, Respondent-Appellant, v WELTON BECKETT ASSOCIATES et al., Appellants-Respondents, COSENTINI ASSOCIATES et al., Respondents. (And Third- and Fourth-Party Titles.) J. R. STEVENSON CORPORATION, Respondent, v COUNTY OF WESTCHESTER, Appellant. (And Other Titles.) MARTIN MECHANICAL CORPORATION, Respondent, v COUNTY OF WESTCHESTER, Appellant. (And Other Titles.)—Three orders of the Supreme Court, Nassau County (one in each of the above-captioned actions), entered November 15, 1978, November 14, 1978 and December 14, 1978, respectively, affirmed, without costs or disbursements, on the opinion of Mr. Justice McCaffrey at Special Term, dated November 13, 1978. Order of the Supreme Court, Nassau County, entered December 29, 1978 (in the County of Westchester action), affirmed, without costs or disbursements. No opinion. Mangano, J. P., Rabin, Margett and Martuscello, JJ., concur.

■ H. NEIL EGLESTON, Respondent, v FIRST REHABILITATION INSURANCE COMPANY OF AMERICA, Appellant.—Order of the Supreme Court, Nassau County, dated February 9, 1979, affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Niehoff at Trial Term. Mangano, J. P., Rabin, Margett and Martuscello, JJ., concur.

■ ANNA FANNY, as Administratrix of the Estate of JOSEPH FANNY, Deceased, et al., Respondents, v AARON J. BERMAN, Appellant.—In a medical malpractice action, defendant appeals from a judgment of the Supreme Court, Queens County, entered December 12, 1978, which is in favor of plaintiffs and against him, on a jury verdict. Judgment affirmed, with costs. The record supports the jury's finding that the defendant physician failed to obtain the informed consent of the patient before performing the cervical laminectomy which resulted in the patient's partial paralysis. We have considered defendant's other contentions and find them to be either not properly preserved for appellate review or without merit. Hopkins, J. P., Damiani, O'Connor and Rabin, JJ., concur.

■ FRANCIS J. GASPARINI et al., Appellants, v DOMENICO SINCERO et al., Respondents.—Judgment of the Supreme Court, Westchester County, entered January 24, 1979, affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, upon the opinion of Mr. Justice Sullivan at Special Term. Mangano, J. P., Rabin, Margett and Martuscello, JJ., concur.